[No. 4441–6–III.  Division Three.  December 7, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
C. LANDBERG, *Appellant.*

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 7633, Sidney R. Buckley, J., entered
March 16, 1981. *Reversed* and *remanded* by unpublished
opinion per Munson, J., concurred in by McInturff, C.J.,
and Green, J.

[No. 10284–2–I.  Division One.  December 8, 1982.]

WM. H. SIMMONS, *Appellant,* v. THE MUNICIPALITY
OF METROPOLITAN SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–11849–8, David W. Soukup, J., entered
April 17, 1981. *Reversed* by unpublished opinion per Dur-
ham, A.C.J., concurred in by Ringold and Scholfield, JJ.

[No. 10467–5–I.  Division One.  December 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
LEE ISOM, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–00122–6, Warren Chan, J., entered June
23, 1981. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Andersen, C.J., and Corbett, J.